**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

April 6, 2010

Clerk, U.S. Bankruptcy Court

RE: Jose V. Frayre, Jr.
    Bankruptcy Case No.  1-05-06550
    Unclaimed Funds For: Bank of America
                 PO Box 2278
                 Norfolk VA 23501-2278

Dear Clerk:

    Enclosed herewith please find check No.769895  for $6,918.60 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

               Very truly yours,

               *Carol A. Kreider*

               Carol A. Kreider
               Funds Manager